# Court of Appeals
# of the State of Georgia

ATLANTA, __November 04, 2025__

*The Court of Appeals hereby passes the following order:*

**A26A0662. RENEE MILLS v. NAVY FEDERAL CREDIT UNION.**

In this civil action, after the trial court entered a default judgment in favor of plaintiff Navy Federal Credit Union, defendant Renee Mills filed a motion to set aside the judgment under OCGA § 9-11-60(d)(1) and (3). The trial court denied the motion, and Mills then filed this direct appeal. We lack jurisdiction.

The denial of a motion to set aside a judgment under OCGA § 9-11-60(d) must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(8), (b); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Mills's failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__11/04/2025_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*